| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  Orale Motor Sport, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**  8 6 – 2 1 4 7 3 4 5

**4. Debtor's address**

Principal place of business

5500 Yale St
Number     Street

Houston, TX 77091-5750
City                State   ZIP Code

Harris
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                State   ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  __Orale Motor Sport, LLC_____    Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY
     District _____ When _____ Case number _____
                                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____  Relationship _____
     District _____  When _____
                                                   MM / DD / YYYY
     Case number, if known _____

Debtor  Orale Motor Sport, LLC
        Name                                                          Case number *(if known)* _____

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>  Number  Street<br>_____<br>_____  _____  _____<br>City          State  ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000           ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor    Orale Motor Sport, LLC _____    Case number *(if known)* _____
                Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/14/2023
              MM/ DD/ YYYY

X   /s/ Patrick Rush                                 Patrick Rush
Signature of authorized representative of debtor     Printed name

Title    General manager

**18. Signature of attorney**

X    /s/ Reese Baker                                 Date   04/14/2023
Signature of attorney for debtor                            MM/ DD/ YYYY

Reese Baker
Printed name

Baker & Associates
Firm name

950 Echo Ln Ste 300
Number     Street

Houston                                              TX          77024-2824
City                                                 State       ZIP Code

_____                     courtdocs@bakerassociates.net
Contact phone                                        Email address

11095395                                             TX
Bar number                                           State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page **4**

ADT Security
Po Box 371878
Pittsburgh, PA 15250-7878


Alert 360
8831 N Sam Houston Pkwy W
Houston, TX 77064-5601


Ana V. Chavarria
2111 Austin St Apt 226
Houston, TX 77002-8954


City of Houston Water Dept.
Po Box 4863
Houston, TX 77210-4863


Comcast
1 Comcast Ctr
Philadelphia, PA 19103-2838


David Bryant, Jr.
2751 S Loop 336 W B
Conroe, TX 77304-3710


Elizabeth Murphy
10718 Jordan Heights Dr
Houston, TX 77016-6568


Gean Franco Mascarutti
3333 Cummins St Apt 1302
Houston, TX 77027-5819

Harris County, Et Al - 2019 - 2020
Po Box 3547
Houston, TX 77253-3547

Houston Independent School District
P.O. Box 4668
Houston, TX 77210

Irael Rodriguez
3333 Cummins St Apt 1302
Houston, TX 77027-5819

Jesus Rodriguez
3333 Cummins St Apt 1302
Houston, TX 77027-5819

Noel Hernandez
c/o Mary Alice Parsons
4545 Bissonnet St Ste 104
Bellaire, TX 77401-3008

Reliant Energy
Po Box 650475
Dallas, TX 75265-0475

Irael Rodriguez
3333 Cummins St Apt 1302
Houston, TX 77027-5819

Patrick Rush
2111 Austin St Apt 226
Houston, TX 77002-8954

State of Texas Comptroller
111 E 17th St
Austin, TX 78774-1440

Summer Investments
3333 Cummins St Apt 1302
Houston, TX 77027-5819

The Parsons Law Firm
4545 Bissonnet St Ste 104
Bellaire, TX 77401-3008

Waste Management
Credit Department
1000 E. Noa Red Bluff
Houston, TX 77034